**DAVID PAUL FOOS (SBN 83430)**
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
Telephone:  (916) 369-9750
Facsimile:  (916) 369-9760

Attorney for Plaintiff
Anthony R. Rishe

IN THE DISTRICT COURT OF CALIFORNIA

FOR THE EASTERN DISTRICT

| | |
|---|---|
| ANTHONY R. RISHE,<br><br>          Plaintiff,<br><br>vs.<br><br><br>XEROX CORPORATION, and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO.:   2:07-CV-01202-LKK-GGH<br><br>**ORDER TO CONTINUE STATUS CONFERENCE** |

The Court finding good cause to continue the Status Conference,

ORDERS that the Status Conference scheduled for September 4, 2007, at 2:30 p.m. be continued to October 22, 2007 at 2:00 p.m. The time to file initial disclosures pursuant to Fed.R.Civ. P 26(a) is continued for ten (10) court days prior to the new Status Conference date.

Plaintiff to give notice.

IT IS SO ORDERED:

Dated: August 16, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER TO CONTINUE STATUS CONFERENCE                    2:07-CV-01202-LKK-GGH